UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLINBERTHA HERCULES, *on behalf of
herself and her infant children AN.J. and AL.J.*,

                       Plaintiffs,             **ORDER**
                                                   **11 CV 2557 (WFK)(LB)**

      -against-

CITY OF NEW YORK, KINGS COUNTY
DISTRICT ATTORNEY DETECTIVE
INVESTIGATOR WILLIAM PETTIE # 752,
DETECTIVE INVESTIGATOR JOHN BEALE,
DETECTIVE INVESTIGATOR MURPHY, and
JOHN DOE POLICE OFFICER #1,

                       Defendants.
-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Plaintiffs move for an infant compromise order in this civil rights action. (Docket entry 16.) The Court held an infant compromise hearing pursuant to Local Civil Rule 83.2(a)(1) on March 8, 2012. Plaintiff Clinbertha Hercules, the mother of the infant plaintiffs, and plaintiffs' counsel appeared before the Court. As required by Local Civil Rule 83.2(a)(1) and New York Civil Practice Laws and Rules §§ 1205-1208, the Court reviewed the proposed settlement and the affidavits from the infants' counsel and mother approving the terms and proposed distribution of the settlement. For the reasons stated on the record, the Court approves the infant compromise order submitted by plaintiffs.[1] The parties shall file a stipulation discontinuing this case by April 6, 2012.

SO ORDERED.

                                                          _____/S/_____
                                                          LOIS BLOOM
                                                          United States Magistrate Judge

Dated: March 8, 2012
        Brooklyn, New York

---

[1] The parties consented to having me conduct the infant compromise hearing and enter a final order on plaintiffs' motion for approval of the infant compromise pursuant to 28 U.S.C. § 636(c). (Docket entry 18.)